USCA1 Opinion

 

 June 17, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2065 UNITED STATES OF AMERICA, Plaintiff, Appellee, v. PORTLAND-PARRIS STREET ASSOCIATES, ET AL., Defendants, Appellees.  ____________ WAYNE JOHNSON, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges.  ______________ ____________________ Wayne Johnson on brief pro se. _____________ Jay P. McCloskey, United States Attorney, Frank W. Hunger, __________________ _________________ Assistant Attorney General, Freddi Lipstein and Mark C. Niles, Civil _______________ ______________ Division, Department of Justice. ____________________ ____________________ Per Curiam. Defendant-appellant challenges an ___________ adverse summary judgment finding him liable for debts arising from several promissory notes, and the dismissal of his various counterclaims on jurisdictional grounds. Reviewing the judgment and dismissals de novo, and upon consideration __ ____ of the parties' briefs and the record, we affirm substantially for the reasons set forth in district court's order of July 27, 1995. See Loc. R. 27.1. We also see no ___ abuse of discretion in the district court's denial of appellant's request for further discovery in this action. Affirmed. ________ -3-